1
2
3
4
5
6
7
8
9
10                        UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION
12
13
14
15  EZEQUIEL MARTIN COTA,           ) ED CV 13-00018-JST (SH)
                                    )
16                                  ) ORDER ACCEPTING THE FINAL
                  Plaintiff,        ) REPORT AND RECOMMENDATION
17                                  ) OF UNITED STATES MAGISTRATE
         v.                         ) JUDGE
18                                  )
    COUNTY OF SAN BERNARDINO,       )
19  et al.,                         )
                                    )
20                Defendants.       )
                                    )
21  _____)

22        Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the
23  Complaint and other papers along with the attached l Report and Recommendation
24  of the United States Magistrate Judge, and has made a de novo determination of the
    Report and Recommendation.
25
          IT IS ORDERED that a Judgment be issued dismissing the Complaint
26
    without prejudice.
27
          Each party to bear its own costs.
28

                                        1

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.
3 DATED: May 22, 2013

                                       JOSEPHINE STATON TUCKER
                                       _____
                                       JOSEPHINE S. TUCKER
                                       UNITED STATES DISTRICT JUDGE