UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| EZEQUIEL MARTIN COTA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　Defendants. | ) ED CV 13-00018-JST (SH)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the Court accepting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　　IT IS ADJUDGED that Judgment be entered dismissing the Complaint without prejudice.

DATED: May 22, 2013

　　　　　　　　　　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOSEPHINE S. TUCKER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE